**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MENDOZA,<br><br>                    Petitioner,<br><br>        v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>                    Respondent. | Case No. CV 17-6010 JLS (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS, AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   June 8, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2