**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MENDOZA, | Case No. CV 17-6010 JLS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA ENTZEL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 8, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE